IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSEE SOFTWARE LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERINT SYSTEMS, INC., <br><br> Defendant. | C.A. No. 13-1233-SLR |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff KeeSee Software Ltd. hereby dismisses its claims against Verint Systems, Inc. without prejudice.

Dated:  November 12, 2013        FISH & RICHARDSON P.C.

By: */s/ Joseph B. Warden*
Joseph B. Warden (#5401)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
Telephone: (302) 652-5070
warden@fr.com

Thomas M. Melsheimer
Texas Bar No. 13922550
txm@fr.com
Carl E. Bruce
Texas Bar No. 24036278
ceb@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone (214) 747-5071

*Attorneys for Plaintiff KeySee Software Ltd.*